**EZELL v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[360 N.C. 529 (2006)]

PAMMY AUSTIN EZELL AS GUARDIAN AD LITEM OF MICHELLE LYNN MORLAND, AND
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVI-
SION OF MEDICAL ASSISTANCE, INTERVENOR V. GRACE HOSPITAL, INC., JOHN
F. WHALLEY, M.D., AND MOUNTAIN VIEW PEDIATRICS, P.A.

No. 44A06

(Filed 30 June 2006)

**Public Assistance— Medicaid lien—recipient's settlement with
medical provider—amount of subrogation right**

The decision of the Court of Appeals in this case is reversed
for the reason stated in the dissenting opinion that the Division
of Medical Assistance (DMA) is subrogated to the entire amount
of plaintiff's $100,000 settlement with a pediatrician for medical
malpractice pursuant to its statutory Medicaid lien for payments
made on plaintiff's behalf, not just to the amount the DMA paid
for medical treatment that corresponded to defendant pediatri-
cian's alleged negligence. Therefore, the DMA is entitled to re-
ceive one-third of the $100,000 settlement as partial payment of
its $86,540 Medicaid lien. N.C.G.S. § 108A-57(a).

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a
divided panel of the Court of Appeals, —— N.C. App. ——, 623 S.E.2d
79 (2005), vacating an order signed on 22 January 2004 by Judge
Robert C. Ervin in Superior Court, Burke County, and remanding for
further findings. Heard in the Supreme Court 18 April 2006.

*Elam & Rousseaux, P.A., by Michael J. Rousseaux and William
H. Elam, for plaintiff-appellee.*

*Roy Cooper, Attorney General, by Belinda A. Smith, Assistant
Attorney General, and Gayl M. Manthei, Special Deputy
Attorney General, for plaintiff-intervenor-appellant North
Carolina Department of Health and Human Services, Division
of Medical Assistance.*

*Christopher R. Nichols, Counsel for the North Carolina
Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of
the Court of Appeals is reversed. This case is remanded to the Court
of Appeals for further remand to the trial court for further proceed-
ings not inconsistent with this opinion.

REVERSED AND REMANDED.